

1

2

3

4

5

6

7

8

9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

10 ZOHRAB SEROBYAN,                    )  No. CV 07-4127 VAP (FFM)
                                        )
11              Petitioner,             )  ORDER ADOPTING FINDINGS,
                                        )  CONCLUSIONS AND
12       v.                             )  RECOMMENDATIONS OF
                                        )  UNITED STATES MAGISTRATE JUDGE
13 IVAN CLAY, Warden,                   )
                                        )
14              Respondent.             )
                                        )
15

16       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

17 and files herein, and the Report and Recommendation of the United States Magistrate

18 Judge.  The Court concurs with and adopts the findings, conclusions and

19 recommendations of the Magistrate Judge.

20       IT THEREFORE IS ORDERED that: (1) respondent's Motion to Dismiss is

21 GRANTED; and (2) Judgment be entered dismissing this action with prejudice as time-

22 barred.

23 DATED: _Aug 9 2008_

24

25                                        _Virginia U Phill_
26                                        VIRGINIA A. PHILLIPS
                                          United States District Judge
27

28