FILED
CLERK, U.S. DISTRICT COURT

AUG 13 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| ZOHRAB SEROBYAN, | ) | No. CV 07-4127 VAP (FFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| IVAN CLAY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: _Aug 8 2008_

_Virginia L M_
VIRGINIA A. PHILLIPS
United States District Judge